# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201700275
_____

## UNITED STATES OF AMERICA
Appellee

v.

## ANTHONY S. BOOTH
Sergeant (E-5), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel E.H. Robinson, Jr., USMC.
Convening Authority: Commanding General, Marine Corps
Installations Pacific, Okinawa, Japan.
Staff Judge Advocate's Recommendation: Major A.L. Daly, USMC.
For Appellant: Lieutenant Colonel Richard D. Belliss, USMCR.
For Appellee: Brian K. Keller, Esq.

_____

Decided 28 November 2017

_____

Before GLASER-ALLEN, HUTCHISON, and FULTON, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court